**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Adam Louis GREENBLOTT, Petitioner**

**No. 514 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Jamie Lynn SWICK, Petitioner**

**No. 484 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.

**Leslee Silverman TABAS and Richard**
**S. Tabas, Petitioners**

v.

**MAIN LINE HEALTH, INC., Lankenau Hospital a/k/a Lankenau Medical Center, John J. Lynch, III, Daniel C. Lazowick, D.O., Jerome Santoro, M.D., Thomas P. Sollecito, D.M.D., Phillip D. Robinson, Fache W. Randall Russell, M.D., Main Line Health Home Care and Hospice, Mountain Laurel Risk Retention Group, Inc., Respondents**

**No. 470 MAL 2017**

Supreme Court of Pennsylvania.

January 3, 2018

## ORDER

PER CURIAM

**AND NOW**, this 3rd day of January, 2018, the Petition for Allowance of Appeal is **DENIED**.